**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DELMARIE ALICEA,

Plaintiff,

v.

USHEALTH ADVISORS, a wholly-owned national sales and distribution subsidiary of USHEALTH GROUP, INC., a UNITED HEALTHCARE COMPANY (United Healthcare, Inc.),

Defendant.
______________________________/

**CASE NO.:**

**CLASS ACTION**

**DECLARATION OF DEAN WHALEY IN**
**<u>SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §1746, I, Dean Whaley, declare as follows:

1. My name is Dean Whaley. I am over 18 years of age. I suffer no mental disabilities and am otherwise competent to make this Declaration. I have personal knowledge of the information contained in this Declaration or obtained the information through a review of the corporate books and records of USHEALTH Advisors, LLC ("USHA").

2. I am the Vice President of Financial Planning and Analysis of USHA. I am familiar with the nature of USHA's business dealings and transactions, and am authorized to make this declaration on behalf of USHA.

3. USHA is a limited liability company organized under the laws of the State of Texas.

4. USHA's principal place of business is in Fort Worth, Texas.

5. USHA's sole member is USHEALTH Group, Inc., which is a corporation organized under the laws of the State of Delaware with a principal place of business in Texas.

6. USHA is a licensed insurance agency that contracts with independent insurance advisors, licensed in one or more states around the country, to sell insurance products. The independent insurance advisors work in "regions."

7. These independent insurance advisors are independent contractors. They may market their respective insurance businesses in any lawful manner of their choosing, so long as they comply with all applicable local, state, and federal laws, including statutes like the Telephone Consumer Protection Act ("TCPA") and the Florida Telephone Solicitation Act ("FTSA").

8. Some of these independent contractors choose to communicate with their consumers via compliant telephone marketing, while others do not use any form of telemarketing at all.

9. Although USHA does not make any telephone calls or, more relevant given the allegations in this case, send any text messages for marketing purposes, it has implemented certain measures, procedures, and standards to assist contracted insurance advisors in their compliance.

10. Among these is making available to the independent insurance advisors a do-not-call "scrubbing" service from Gryphon Networks Corp. If the independent insurance advisor utilizes certain customer relationship management

("CRM") platforms, this service – referred to as "Gryphon" – takes a selected telephone number selected to be dialed or to receive a text message and checks (or "scrubs") it against the telephone numbers recorded and maintained on USHA's do-not-call list. If the telephone number the independent insurance advisor selected to dial is on the list, then the Gryphon service blocks the transmission from being made.

11. USHA has access to Gryphon data with respect to text messages that were attempted to be placed.

12. In the course of its investigation of Plaintiff's claims, and without waiver of any applicable attorney-client privilege and work product protection, USHA determined the region(s) that may have sent a text message to Plaintiff.

13. USHA analyzed the Gryphon data relating to the two (2) regions from which a text was sent to Plaintiff, and which used the same equipment or type of equipment utilized to call Plaintiff, from July 1, 2021.

14. Based on the Gryphon data regarding instances of "scrubbed" telephone numbers, USHA's analysis reveals that the independent contractors in those two (2) regions sent text messages to more than 3,333 persons with telephone numbers with Florida area codes.

15. To be clear, USHA disputes the accusations that these or any other text messages as alleged in the Complaint violated the FTSA, TCPA, or any other law in any way, and therefore USHA does not admit that any of these instances were violations.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5, 2023

Dean Whaley