# EXHIBIT A

RCUIT COURT

County of Orange

NINTH JUDICIAL DISTRICT

Delmarie Alicea

Plaintiff,

Court File Number
2023-CA-001967-O

vs.

USHealth Advisors et al.

Defendant,

## Affidavit of Service

State of Minnesota )
County of Hennepin )

I, Neil Hanson, state that on Wednesday, April 5, 2023 at 9:50 AM I served the Summons, Class Action Complaint, Plaintiff's Notice Of Serving First Set Of Interrogatories To Defendant, Plaintiff's First Request For Admissions Directed To Defendant, Plaintiff's Requests For The Production Of Documents To Defendant, Standing Case Management Plan/Order, Plaintiff's Notice Of Filing Exhibit A And B Inadvertently Omitted From The Complaint Filed On March 8 2023, Exhibit A-B, Plaintiff's First Set Of Interrogatories To Defendant upon USHealth Advisors, a wholly-owned national sales and distribution subsidiary of USHealth Group, Inc., therein named, personally at 1010 Dale Street North, St Paul, MN 55117, by handing to and leaving with Bob Gustafson, Agent for CT Corporation System Inc, authorized to accept service, the Registered Agent for USHealth Advisors, a wholly-owned national sales and distribution subsidiary of USHealth Group, Inc., a true and correct copy thereof.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minnesota Statute § 358.116.

Dated: 4/5/2023 ______________________
Neil Hanson, Process Server

*2593385 - 1*

METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com

RE: 2023001939