**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DELMARIE ALICEA,

Plaintiff,

v.

USHEALTH ADVISORS, a wholly-owned national sales and distribution subsidiary of USHEALTH GROUP, INC., a UNITED HEALTHCARE COMPANY (United Healthcare, Inc.),

Defendant.
_______________________________/

Case No.: 6:23-cv-00840-CEM-DCI

**CLASS ACTION**

**DECLARATION OF DEAN WHALEY IN**
**SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Pursuant to 28 U.S.C. §1746, I, Dean Whaley, declare as follows:

1. My name is Dean Whaley. I am over 18 years of age. I suffer no mental disabilities and am otherwise competent to make this Declaration. I have personal knowledge of the information contained in this Declaration or obtained the information through a review of the corporate books and records of USHEALTH Advisors, LLC ("USHA").

2. I am the Vice President of Financial Planning and Analysis of USHA. I am familiar with the nature of USHA's business dealings and transactions, and am authorized to make this declaration on behalf of USHA.

3. USHA is a limited liability company organized under the laws of the State of Texas.

4. I understand that Plaintiff purports to have served USHA in this case by serving USHA's supposed registered agent for service of process in St. Paul, Minnesota, namely CT Corporation System Inc. at 1010 Dale Street North, St. Paul, Minnesota 55117. That is not USHA's registered agent for service of process in Minnesota.

5. USHA has no registered agent for service of process in the State of Minnesota, as USHA is not even registered in the State of Minnesota.

6. A true and correct copy of search results on the website for the Minnesota Secretary of State for business filings, located at https://mblsportal.sos.state.mn.us/Business/Search, is attached hereto as Exhibit A. These search results confirm that there have been no filings with the Minnesota Secretary of State for any business, active or inactive, with the partial name "USHEALTH Advisors."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2023

[signature]
Dean Whaley