# EXHIBIT A

# Business Record Search »

## Business Name

USHEALTH Advisors

Search Scope: Contains

Filing Status: Active

Include Prior Names: Include

Please see search results below. For best results, type only a portion of the business name. You may change the search criteria with the options above.

# Search Results

No results match the criteria entered.

© 2023 Office of the Minnesota Secretary of State - Terms & Conditions

The Office of the Secretary of State is an equal opportunity employer

Subscribe for email updates!

## Business Record Search »

Business Name

USHEALTH Advisors

Search Scope: Contains

Filing Status: Inactive

Include Prior Names: Include

Please see search results below. For best results, type only a portion of the business name. You may change the search criteria with the options above.

## Search Results

No results match the criteria entered.

© 2023 Office of the Minnesota Secretary of State - Terms & Conditions

The Office of the Secretary of State is an equal opportunity employer

Subscribe for email updates!